IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal No. 99-30048-002-WDS |
| | ) |
| DENIS L. FERON, | ) |
| | ) |
| Defendant. | ) |

## ORDER APPROVING DEFERRED PROSECUTION AGREEMENT

**STIEHL, District Judge:**

It appearing to the Court that the attorney for the United States, counsel for defendant, defendant ant the United States Probation Office, having entered into an agreement to defer prosecution pursuant to Title 18, United States Code, Section 3161(h)(2), and the Court having read and considered the proposed agreement, **NOW, THEREFORE**, it is **ORDERED** that the deferred prosecution agreement be and is hereby approved.

IT IS SO ORDERED.

Dated: 22 January, 2010.

WILLIAM D. STIEHL
UNITED STATES DISTRICT JUDGE